# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2765 | **DATE** | 6/22/2011 |
| **CASE TITLE** | Mattio vs. Delanor, Kemper & Associates | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/22/2011. This cause is hereby dismissed without prejudice and with leave to reinstate on or before 8/22/2011 if settlement is not effectuated. Said dismissal will then become with prejudice unless the complaint has been reinstated or the time to reinstate has been extended by the Court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|